UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENORA C. LANGLAIS,<br><br>         Plaintiff,<br><br>v.<br><br>DAVID J. SHULKIN et al.,<br><br>         Defendant. | Case No.: 16cv2231 JM (MDD)<br><br>**ORDER VACATING STATUS HEARING AND MAINTAINING STAY UNTIL JULY 9, 2018** |

  On June 28, 2017, the court granted the parties' joint motion to stay this case due to Plaintiff Lenora Langlais' recent medical diagnosis. (Doc. No. 17.) In response to joint status reports, the court has extended the stay twice, most recently setting a joint status hearing for Monday, May 14, 2018. (Doc. No. 22.) In its order, the court noted that the parties could file a joint status report in lieu of appearing.

  On May 7, 2018, the parties filed a joint status report proposing the court maintain the stay until July 9, 2018. (Doc. No. 23.) Plaintiff expects her doctor will clear her to proceed with her legal matters soon, and the basis for continuing the stay until July is to allow Plaintiff time to heal and regain her stamina following radiation treatment. (Id.)

///

1

16cv2231 JM (MDD)

In light of the joint status report, the court vacates the hearing currently set for May 14, 2018, and extends the stay until *Monday, July 9, 2018*.

IT IS SO ORDERED.

DATED: May 7, 2018

JEFFREY T. MILLER
United States District Judge